UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CR84

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HAISSAM NASHAR,, a/k/a "SAM" )<br>_____ ) | **ORDER TO UNSEAL** |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an Order unsealing the file documents in this case; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation;

NOW, THEREFORE, IT IS ORDERED that the file documents in the above-captioned case be unsealed.

Signed: March 12, 2009

Richard L. Voorhees
United States District Judge